ROGERS v. STATE OF INDIANA.

[No. 27,008. Filed May 31, 1938.]

*T. Ernest Maholm,* for appellant.

*Omer S. Jackson,* Attorney-General, and *James K. Northam,* Deputy Attorney-General, for the State.

TREMAIN, J.—The lower court denied appellant's petition for a writ of error *coram nobis.* The sole ground relied upon for reversal is that the jury commissioners, who drew the grand jury, were not duly qualified for the reason that they, and each of them, did not qualify by taking an oath to support the Federal and State Constitutions.

The precise question here presented was decided adversely to appellant's contention in the recent decision in *Steinbarger* v. *State,* ante 36, and *Foreman* v. *State,* ante 79.

Upon authority of these decisions the judgment of the lower court is affirmed.